# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TOWAMENCIN TOWNSHIP,

                Respondent

          v.

PENNSYLVANIA LABOR RELATIONS
BOARD,

                Petitioner

: No. 621 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.